```
Derek A. Newman, State Bar No. 190467
Newman LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190
dn@newmanlaw.com

Counsel for Plaintiff
Christopher Boffoli
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LAURIE MCCORMICK, an individual,<br><br>    Defendant. | Case No. **'25CV1528 JLS  VET**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Christopher Boffoli, ("Boffoli" or "Plaintiff") hereby alleges for his complaint against Laurie McCormick ("McCormick" or "Defendant") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

**NATURE OF THE CASE**

1. This is a claim for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.

**JURISDICTION AND VENUE**

2. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. On information and belief, McCormick resides in Coronado, California, which is located within the Southern District of California. Thus, this Court has personal jurisdiction over McCormick.

4. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1–3).

## PARTIES

5. Plaintiff is an individual and resident of the state of Washington.

6. Defendant is an individual and resident of the state of California.

## FACTS

**A.  Boffoli created copyrightable photographs and registered them with the U.S. Copyright Office.**

7. Boffoli is a fine art, editorial, and commercial photographer who created "Big Appetites," a series of photographs featuring tiny figures photographed against real food backdrops. Big Appetites has been published in more than 100 countries around the world and has been featured in major publications such as the New York Times, Washington Post, NPR, and CBS This Morning, among many others.

8. Fine art photographs from Boffoli's Big Appetites collection can be found in galleries and private collections in the US, Canada, Europe, and Asia. Boffoli is frequently hired by top advertising agencies and brands for commercial commissions based on his work. He also is hired by various publications for editorial commissions. Boffoli's images frequently are licensed for publication in books, magazines, calendars, online publications, commercial websites, and greeting cards.

9. Boffoli's business is based on licensing and selling the photographs he creates. Big Appetites fine art photographs are currently available for purchase at fine art galleries and have also been included in museum exhibitions in the US and abroad.

10. Boffoli registered each photograph in the Big Appetites series with the U.S. Copyright Office and has Copyright Registration Nos. VAu-1-148-370 (2013), VAu 1-198-948 (2015), and VA0001948517 (2014). A copy of these copyright registrations is attached as **Exhibit A**.

**B.   McCormick published and displayed on her websites copies of photographs from Big Appetites without license or permission from Boffoli.**

11.   In January 2025, Boffoli discovered that McCormick was displaying images with content that infringes on Boffoli's copyrighted work (the "Infringing Content") on <https://lauriemccormick.com/gallery/ols/products/papaya-trap> and <https://lauriemccormick.com/gallery/ols/products/the-big-banana>, both of which were hosted on Amazon Web Services' ("AWS") servers.

12.   The Infringing Content hosted on AWS's servers contained several photos that infringed Big Appetites without license or permission from Boffoli. A copy of the Infringing Content is provided as **Exhibit B**.

**C.   Boffoli reported the Infringing Content to AWS, which removed the Infringing Content. McCormick then submitted a counter-notice.**

13.   On or about January 16, 2025, Boffoli submitted a takedown notice to AWS (through AWS's online webform for making such reports), informing of the Infringing Content and requesting its removal from AWS's servers. AWS responded by email on March 12, 2025, reporting that it had removed the content. Boffoli's first notice to, and subsequent correspondence with, AWS are attached as **Exhibit C**.

14.   On or about April 17, 2025, McCormick filed a counter-notice, disputing that the Infringing Content infringes. AWS notified Boffoli of McCormick's counter-notice on April 17, requesting "notice that a United States district court lawsuit has been filed." As mentioned above, McCormick's counter-notice to AWS, and AWS's subsequent correspondence to Boffoli, are attached as Exhibit C.

15.   After learning of McCormick's counter-notice, Boffoli communicated with McCormick in an attempt to resolve the matter. McCormick refused to withdraw the counter-notice.

## CAUSE OF ACTION
(Copyright Infringement)

16.   Boffoli hereby incorporates the preceding paragraphs as if fully set forth herein.

17. Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

18. Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

19. Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

20. Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

21. Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

22. Without the permission or consent of Boffoli, a photograph or photographs infringing on Big Appetites were reproduced, copies were distributed of, and the photograph or photographs were displayed by McCormick on websites hosted on AWS's servers.

23. Boffoli's exclusive rights in the photographs in Big Appetites were violated.

24. McCormick had actual knowledge of the Infringing Content.

25. McCormick acted willfully.

## RELIEF REQUESTED

WHEREFORE, Boffoli asks this Court to enter judgment against McCormick granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of Big Appetites by McCormick under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of McCormick of the photographs infringing on Big Appetites and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Boffoli as the result of McCormick's infringement plus the profits attributable to the infringement under 17 U.S.C. § 504(b);

4.    Alternatively, if Boffoli so elects, an award of statutory damages for each infringement of Big Appetites under 17 U.S.C. § 504;

5.    A judgment that McCormick's infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6.    An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7.    For such other and further relief as may be just and proper under the circumstances.

Dated: June 13, 2025

Respectfully submitted,

Newman LLP

/s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190
Email:    dn@newmanlaw.com

Counsel for Plaintiff
Christopher Boffoli

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Christopher Boffoli demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated: June 13, 2025

Respectfully submitted,

Newman LLP

/s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190
Email: dn@newmanlaw.com

Counsel for Plaintiff
Christopher Boffoli